UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN G. BOYD, an individual, on behalf of himself and all others similarly situated,

Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

Defendants.

C18-1207 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the second stipulation of the parties, docket no. 20, the trial date and related dates and deadlines are CONTINUED as follows:

| | |
|---|---|
| **JURY TRIAL DATE (5-7 days)** | **February 16, 2021** |
| Discovery on class certification issues completed by | January 31, 2020 |
| Any motions related to class certification must be filed by | March 26, 2020 |
| Deadline for joining additional parties | May 21, 2020 |
| Any motions for leave to amend pleadings filed by | May 21, 2020 |
| Disclosure of expert testimony under FRCP 26(a)(2) | June 9, 2020 |
| All motions related to discovery must be filed by | June 25, 2020 |
| All remaining discovery completed by | July 24, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | September 17, 2020 |

MINUTE ORDER - 1

| | |
|---|---|
| All motions related to expert witnesses (including, for example, *Daubert* motions) must be filed by     and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | September 24, 2020 |
| All motions *in limine* must be filed by     and noted for the third Friday thereafter; responses shall be due on the noting date; no reply shall be filed unless requested by the Court | December 31, 2020 |
| Agreed Pretrial Order due | January 29, 2021 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | January 29, 2021 |
| Pretrial conference to be held at 1:30 p.m. on | February 5, 2021 |

(2) All other terms and conditions set forth in the Minute Order entered November 2, 2018, docket no. 15, as amended by the Minute Order entered June 4, 2019, docket no. 18, shall remain in full force and effect.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of September, 2019.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk