UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN G. BOYD, on behalf of himself
and all others similarly situated,

              Plaintiff,

   v.

BANK OF AMERICA, N.A.; and
DOES 1–10,

              Defendants.

C18-1207 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff and defendant Bank of America, N.A. having indicated that they have reached a class action settlement in principle, *see* Notice (docket no. 22), the Court STRIKES the trial date and all remaining related deadlines.

(2) Within fourteen (14) days of the date of this Minute Order, plaintiff shall either file a notice of voluntary dismissal as to his claims against defendants Does 1–10 or show cause why such claims should not be dismissed for failure to prosecute.

(3) Any motion for preliminary approval of class action settlement shall be filed by May 28, 2020. The parties are REMINDED that, pursuant to 28 U.S.C. § 1715, notices of class action settlements must be provided to the appropriate federal and state officials.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of April, 2020.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1