UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN G. BOYD, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　　Defendant. | C18-1207 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　Within seven (7) days of the date of this Minute Order, the parties shall (a) file redlined versions of their amended settlement agreement and revised proposed class notice, showing the changes made pursuant to the Order entered July 8, 2020, docket no. 27; (b) send Microsoft Word versions of the revised proposed class notice and the proposed adjustment form to ZillyOrders@wawd.uscourts.gov; and (c) file a declaration concerning when and to whom the notices required by 28 U.S.C. § 1715 were provided and whether any response has been received.

　　　(2)　The deferred portion of plaintiff's unopposed motion for preliminary approval of class action settlement, docket no. 25, is RENOTED to September 4, 2020.

　　　(3)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 28th day of August, 2020.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1