UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN G. BOYD, individually and on behalf of others similarly situated,

Plaintiff,

v.

BANK OF AMERICA, N.A.,

Defendant.

C18-1207 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered August 28, 2020, docket no. 30, the parties were directed to send Microsoft Word versions of their revised proposed class notice and the proposed adjustment form to ZillyOrders@wawd.uscourts.gov.  To date, they have not done so.  The Court has reviewed the redlined copy of the revised proposed class notice attached as Exhibit 2 to the Declaration of Graham G. Lambert, docket no. 31-2, and concludes that it has some of the same deficiencies identified in the Order entered July 8, 2020, docket no. 27.  For example, the revised proposed class notice still indicates a proposed incentive or service payment of $20,000, which is inconsistent with the amount set forth in the parties' stipulation of settlement, *i.e.*, $5,000.  *See* Order at 2 n.2 & 8 n.4 (docket no. 27).  The revised proposed class notice also conditions class members' ability to address the Court at a hearing on their having submitted a timely written objection, which the Court has indicated it will not require.  *See id.* at 10.  The parties are DIRECTED to make the requisite changes to the proposed class notice and to send a Microsoft Word version to the email address identified above within seven (7) days of the date of this Minute Order.

(2) The deferred portion of plaintiff's unopposed motion for preliminary approval of class action settlement, docket no. 25, is RENOTED to December 4, 2020.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of November, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk
