1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

KEVIN G. BOYD, individually and on
behalf of others similarly situated,

Plaintiff,

9

10

v.

C18-1207 TSZ

MINUTE ORDER

11

BANK OF AMERICA, N.A.,

Defendant.

12

13

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

15

16

17

18

(1)     By noon on April 1, 2021, the Settlement Administrator shall file a
supplemental declaration **under seal** setting forth the names of (a) the two (2) class
members who have submitted exclusion forms, (b) the two (2) class members who have
submitted adjustment forms, (c) the ten (10) class members to whom notice of the
proposed class action settlement could not be effected, and (d) the twenty-two (22) class
members who received notice after the deadline for opting out of the settlement. _See_
Mills Decl. at ¶¶ 13–16 (docket no. 37-2); _see also_ Minute Order at ¶ 1(h) (docket no. 35)
(requiring that copies of all exclusion forms be filed under seal).[1]

19

20

21

22

[1] Class Counsel has submitted a proposed order containing the names of two individuals who are
presumably the class members referenced in Paragraph 1(a), above, but the record contains no
evidence to support that conclusion.  In addition, the portion of the proposed order reciting those
names was filed in a publicly viewable format, which is inconsistent with the Court's explicit
instructions, _see_ Minute Order at ¶ 1(h) (docket no. 35), and the Court has therefore sealed the
proposed order, docket no. 37-4, in its entirety.

23

MINUTE ORDER - 1

1

2

3

4

5

(2)      At the hearing on April 2, 2021, at 10:00 a.m., counsel and/or the Settlement Administrator shall be prepared to address (i) what further efforts, if any, might reveal valid contact information for the ten (10) class members referenced in Paragraph 1(c), above, (ii) the costs involved in attempting to locate such class members, (iii) the aggregate amount those class members would be entitled to receive from the settlement, (iv) whether such class members should be excluded from and not bound by the settlement, and (v) whether additional time to opt out, object, and/or return completed adjustment forms should be given to class members referenced in Paragraph 1(d), who did not receive notice prior to March 19, 2021.

6

7

(3)      The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of March, 2021.

8

9

William M. McCool
Clerk

10

11

s/Gail Glass
Deputy Clerk

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2