UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN G. BOYD, individually and on behalf of others similarly situated,

Plaintiff,

v.

BANK OF AMERICA, N.A.,

Defendant.

C18-1207 TSZ

MINUTE ORDER

Having conducted a virtual hearing on April 2, 2021, at which Graham Lambert appeared on behalf of Class Representative Kevin G. Boyd and the Class certified for settlement purposes by Order entered July 8, 2020, docket no. 27, Adam KohSweeney appeared on behalf of defendant Bank of America, N.A., and Jennifer Mills participated on behalf of the Settlement Administrator, the Court enters the following Minute Order.

(1) Plaintiff's motions for final approval of class action settlement, docket no. 37, and for attorney fees, costs, and a service award, docket no. 36, are RENOTED to May 28, 2021.

(2) On or before April 15, 2021, the Settlement Administrator shall engage in further efforts to serve notice of the proposed class action settlement on the ten (10) individuals listed in Paragraph 5 of the Supplemental Declaration of Jennifer Mills, docket no. 39. The deadline for such class members to request exclusion from or object to the proposed settlement and/or return a completed adjustment form is May 21, 2021.

(3) With respect to any class member to whom notice of the proposed class action settlement was sent on or after February 12, 2021, as identified in Paragraph 6 of the Supplemental Declaration of Jennifer Mills, docket no. 39, the deadline for such class member to request exclusion from or object to the proposed settlement and/or return a

MINUTE ORDER - 1

completed adjustment form is extended to May 21, 2021.  The Settlement Administrator shall send a copy of this Minute Order, along with a copy of the original notice of the proposed settlement, an exclusion form, and an adjustment form, to each class member referenced in this Paragraph 3.

(4)   On or before May 28, 2021, the Settlement Administrator shall file a declaration, under seal, setting forth the steps taken pursuant to Paragraphs 2 and 3, above, and the results of such activities, including the name of any class member for whom a valid address could not be identified and the names of any additional class members who have opted out of or objected to the proposed settlement and/or returned adjustment forms.

(5)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2